BOROWY v MCKINLAY. Appeal from Wayne, Blair Moody, Jr., J. Submitted Division 1 March 7, 1972, at Detroit. (Docket No. 12895.) Decided March 31, 1972. Leave to appeal denied, 387 Mich 789.

Fred S. Borowy, *in propria persona*.

*Michael M. Glusac*, Corporation Counsel, and *John E. Cross* and *Maureen P. Reilly*, Assistants Corporation Counsel, for defendant.

Before: LEVIN, P. J., and V. J. BRENNAN and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Plaintiff brought a defamation action for an alleged libel contained in pleadings filed by defendant in another action. Defendant moved for summary judgment on the basis that they were privileged; they having been made in the course of judicial proceedings.

An examination of the briefs and record discloses no error in the trial court's ruling.

Affirmed on the basis of *Sanders* v *Leeson Air Conditioning Corporation*, 362 Mich 692 (1961).